UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RONALD THOMAS,
           Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
           Defendant.
------------------------------------------------------------x

**ORDER**

19 CV 5623 (VB)

     Plaintiff, proceeding pro se and in forma pauperis, filed this social security appeal by complaint dated June 13, 2019. (Doc. #2). By Order dated August 2, 2019 (Doc. #7), the Court referred this case to Magistrate Judge Lisa M. Smith for a report and recommendation. On November 19, 2019, the Court ordered defendant's counsel to file a letter by December 19, 2019, advising the Court whether the parties consented to conducting all further proceedings before Magistrate Judge Smith. (Doc. #11).

     To date, defendant's counsel has failed to file a letter in compliance with the Court's November 19 Order.

     The Court's Order was not a suggestion.

     Accordingly, the Court sua sponte extends to January 6, 2020, defendant's counsel time to file a letter advising the Court regarding consent to conducting all further proceedings before Magistrate Judge Smith.

     The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 23, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge